| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | NOV 27 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AMBER DOE,

        Plaintiff - Appellant,

v.

SEQUOIA CAPITAL, et al.,

        Defendants - Appellees.

No. 23-2648

D.C. No. 2:23-cv-06439-MEMF-SK
Central District of California, Los Angeles

ORDER

    On October 17, 2023, this court ordered appellant, within 35 days, to file a motion to dismiss this appeal under Fed. R. App. P. 42(b), or file a statement explaining why the appeal is not frivolous and should go forward. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

    This order served on the district court will, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT